```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INFORMATION

        - v. -                   :    11 Cr.

EPHRAM PASCALL,                  :

              Defendant.         :    11 CRIM    413

- - - - - - - - - - - - - - - x
```

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAY 11 2011

## COUNT ONE

The United States Attorney charges:

1. From in or about February 2007, up to and including in or about April 2009, in the Southern District of New York and elsewhere, EPHRAM PASCALL, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, abstract and convert to his own use, and the use of others, moneys, funds, securities, property, and other assets of a labor organization of which he was then an officer, and by which he was employed, directly and indirectly, to wit, PASCALL used his position as the President of the International Union of Painters and Allied Trades, Local 1422 (the "Union") to embezzle Union funds for his own personal use.

(Title 29, United States Code, Section 501(c).)

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Information, EPHRAM PASCALL, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982,

**Judge Buchwald**

any property constituting or derived from proceeds obtained directly or indirectly as a result of the offense.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of EPHRAM PASCALL, the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EPHRAM PASCALL,

Defendant.

---

INFORMATION

11 Cr.

(29 U.S.C. § 501(c).)

_____
PREET BHARARA
United States Attorney.

---

5/11/11 Fld Inft + Wvr ✓ Inft AUSA Carrie Cohen pres, Dft Ephram Pascall pres w/ atty Robert Baum, Dft pleads N/G to Inft Conf bef Judge Buchwald 5/24/11 at 3pm Bail Cont P/o Judge Pollings